UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROBERTO MEZA, | ) | No. CV 09-2950-SJO (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JAMES A. YATES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is dismissed with prejudice.

*S. James Otero*

DATED: October 6, 2009

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE